IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| CHRIS TOLBERT, ) <br> an individual, ) <br> ) <br> Plaintiff, ) <br> ) <br> VERSUS ) <br> ) <br> FAIRFIELD GLADE COMMUNITY ) <br> CLUB, ) <br> ) <br> Defendant. ) <br> ) <br> Register Agent, Joe Looney/ ) <br>          Kenneth Chadwell ) <br> Looney, Looney and Chadwell ) <br> 156 Rector Ave. ) <br> Crossville, TN 38555 ) | CASE NO. _____ |

NOTICE OF REMOVAL

Comes the Defendant, Fairfield Glade Community Club, through undersigned counsel, pursuant to 28 U.S.C. §1441 and 28 U.S.C. § 1446, and files this Notice of Removal. As grounds therefore, Defendant would show as follows:

1. That the Plaintiff filed his Complaint against Defendant on or about July 11, 2023 in the Circuit Court for Cumberland County, Tennessee, Docket No. CC1-23-CV-7002.

2. That a Summons issued for Defendant, Fairfield Glade Community Club and a copy of the Complaint were served upon Fairfield Glad Community Club on or about July 13, 2023.

1

3. That Plaintiff brought this matter pursuant to Americans with Disabilities Act, 42 U.S.C. § 12101 et seq. and the Fair Housing Act, 42 U.S.C. § 3601 et seq.

4. That Plaintiff has alleged violations of his rights under both federal statutes.

5. That, pursuant to 28 U.S.C. §1441 and 28 U.S.C. § 1446, the Defendant is entitled to remove this case to federal court.

6. That this Notice of Removal is timely filed pursuant to 28 U.S.C.§1446(b) in that it is filed within thirty (30) days after the original filing and within thirty (30) days after the receipt by Defendant of the Summons and Complaint.

7. That according to the Plaintiff's Complaint, this case involved an incident that occurred in Cumberland County, Tennessee.

8. That this Court is the district court for the district embracing Cumberland County, Tennessee.

9. That, pursuant to 28 U.S.C. §1331, this Court has jurisdiction over this case.

10. That Exhibit A contains all the process, pleadings, or other documents contained in the court filed of the Circuit Court of Cumberland County, Tennessee, Case No. CC1-23-CV-7002.

11. That Defendant consents to the removal of this action to the United States District Court for the Middle District of Tennessee.

12. That Defendant expressly reserves the right to raise all defenses and objection in this case after this action has been removed to this Court.

WHEREFORE, Defendant prays that the above-reference cause of action be removed from the Circuit Court of Cumberland County, Tennessee to this Honorable Court.

>MOORE, RADER,
>AND YORK, P.C.
>
>
>By LANE MOORE, B.P.R. No. 018815
>    Attorneys for Defendant,
>    Fairfield Glade Community Club
>    P. O. Box 3347
>    Cookeville, TN 38502
>    (931-526-3311)

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was filed electronically on July 31, 2023. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

Mr. Chris Tolbert
133 Brokenwood Lane
Crossville, TN 38558

Dated this the 31st day of July, 2023.

>MOORE, RADER,
>AND YORK, P.C.
>
>
>By LANE MOORE, B.P.R. No. 018815
>    Attorneys for Defendant,
>    Fairfield Glade Community Club
>    P. O. Box 3347
>    Cookeville, TN 38502
>    (931-526-3311)