**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **CHRIS TOLBERT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO. 2:23-cv-00045** |
| | ) | |
| **FAIRFIELD GLADE COMMUNITY CLUB,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

The Plaintiff has filed a Notice of Voluntary Dismissal pursuant to F.R.C.P. 41(a)(1)(A)(i). (Doc. No. 9)  However, Defendant has filed an answer (Doc. No. 8).  This action is **DISMISSED**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE